

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2020

No. 04-20-00226-CV

Abelardo G. **GONZALEZ**, Individually and as Next Friend of M.A.G. and Z.A.G.,
Appellant

v.

Alberto J. **GONZALEZ**, Sergio R. Gonzalez, Rosalinda Gonzalez, and Diana Gonzalez,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH001007D3
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

We grant appellant's motion for extension of time to file his brief and order appellant's brief due October 27, 2020.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court